1  Sengthiene Bosavanh, Esq. #249801
   Law Offices of Jeffrey Milam
2  P.O. Box 26360
   Fresno, California 93729
3  (559) 264-2800

4  Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER MORGAN | 1:07-CV-1249 LJO GSA |
| Plaintiff, | STIPULATION AND ORDER TO DISMISS |
| vs. | |
| Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties as follows: that the Civil Action filed on August 27, 2007, on behalf of Plaintiff be dismissed. After thorough review of the transcript, Plaintiff's counsel comes to the conclusion this claim lacks merit to continue. Plaintiff's counsel has conferred with Plaintiff and both are in agreement to dismissal, each party to bear its own costs.

Dated: May 8, 2008           /s/ Sengthiene Bosavanh

                             SENGTHIENE BOSAVANH, ESQ.
                             Attorney for Plaintiff

Dated:
                             MCGREGOR SCOTT
                             United States Attorney

                             By: /s/ Peter Thompson
                             (as authorized via facsimile)
                             PETER THOMPSON
                             Assistant Regional Counsel

1       IT IS SO ORDERED.

2   **Dated:   May 9, 2008**                          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE